THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIDOR HABER, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

HERMAN FRANKEL, Appellant, v. JULIETTE FRANKEL, Respondent.— Order insofar as it modifies the final decree unanimously reversed and the issues raised by the conflicting affidavits referred to an official referee for the purpose of taking proof and reporting to Special Term. That provision of the order appealed from which denies the plaintiff's cross motion " to have defendant declared in contempt of court " is unanimously affirmed with leave to renew after the filing of the report of the official referee. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 112 CENTRAL PARK SOUTH, INC., Appellant, against WILLIAM S. MILLER et al., as the Tax Commission of the City of New York, Respondents.— After taking into consideration all relevant factors, the order, so far as appealed from, is unanimously modified by reducing the assessments as follows:

| Year | Land | Building | Total |
|------|------|----------|-------|
| 1940–41 | $400,000 | $700,000 | $1,100,000 |
| 1941–42 | 400,000 | 686,000 | 1,086,000 |
| 1942–43 | 400,000 | 672,000 | 1,072,000 |

and, as so modified, affirmed, with twenty dollars costs and disbursements to the relator-appellant. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

RALPH C. ALLEN, Respondent, v. HARVEY D. GIBSON, Appellant.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements to the appellant, and the motion for examination upon and in connection with the matters set forth in the items numbered 1, 2, 3, 4, 6, 7 and 10 of the notice of motion dated August 31, 1943, denied. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.